UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID AND DEBRA CADRY,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>IDEAL CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION LLC,<br><br>　　　　　　Defendants. | Case No.: 0:22-cv-00540-SRN-ECW<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY** |

NOTICE IS HEREBY GIVEN that Plaintiffs David and Debra Cadry, and Defendant Equifax Information Services, LLC ("Equifax") have settled all claims between them. The parties are in the process of completing the final settlement documents and the appropriate documents to dismiss are expected to be filed within sixty (60) days of today. Plaintiffs request that the Court vacate all pending deadlines in this matter as to Equifax only. Plaintiffs also request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

///

1

2

Respectfully submitted this 18th day of April 2022.

*/s/Jenna Dakroub*
Jenna Dakroub
Bar Number 385021
Price Law Group
8245 N. 85th Way
Scottsdale, AZ 85258
E: jenna@pricelawgroup.com
T: (818) 600-5513
F: (818) 600 5413
*Attorney for Plaintiffs*
*Debra and David Cadry*