UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| DAVID AND DEBRA CADRY, | Case No. 22-CV-0540 (SRN/ECW) |
| Plaintiffs, | |
| v. | **ORDER** |
| IDEAL CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION LLC, | |
| Defendants. | |

---

Jenna Dakroub, Price Law Group, APC, 8245 N. 85th Way, Scottsdale, AZ 85258 for Plaintiffs.

Orin J. Kipp, Wilford Geske & Cook, P.A., 7616 Currell Boulevard, Suite 200, Woodbury, MN 55125 for Defendant Ideal Credit Union.

Jeremy Thompson, Gordon Rees Scully Mansukhani, LLP, 100 S. 5th Street, Suite 1900, Minneapolis, MN 55402 for Defendant Equifax Information Services, LLC.

---

The Court having been advised that the above case has been settled as to Defendant Equifax Information Services, LLC, *only* [Doc. No. 19],

IT IS ORDERED that this action against Equifax Information Services, LLC is hereby dismissed, without prejudice, the Court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment. The case continues as to all other Defendants.

BY THE COURT:

s/Susan Richard Nelson
Dated: April 19, 2022               SUSAN RICHARD NELSON
United States District Judge