UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID AND DEBRA CADRY, | Case No. 22-CV-0540 (SRN/ECW) |
| Plaintiffs, | |
| v. | **ORDER** |
| IDEAL CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION LLC, | |
| Defendants. | |

Jenna Dakroub, Price Law Group, APC, 8245 N. 85th Way, Scottsdale, AZ 85258 for Plaintiffs.

Orin J. Kipp, Wilford Geske & Cook, P.A., 7616 Currell Boulevard, Suite 200, Woodbury, MN 55125 for Defendant Ideal Credit Union.

The Court having been advised that the above case has been settled as to Defendant Ideal Credit Union *only* [Doc. No. 27],

IT IS ORDERED that this action against Ideal Credit Union is hereby dismissed, without prejudice, the Court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment. The case continues as to all other Defendants.

BY THE COURT:

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge

Dated: May 31, 2022