# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| DAVID AND DEBRA CADRY, | Case No. 22-CV-0540 (SRN/ECW) |
| Plaintiffs, | |
| v. | **ORDER** |
| IDEAL CREDIT UNION; EQUIFAX INFORMATION SERVICES, LLC; and TRANS UNION LLC, | |
| Defendants. | |

Jenna Dakroub, Price Law Group, APC, 8245 N. 85th Way, Scottsdale, AZ 85258 for Plaintiffs.

This matter is before the Court upon the Notice of Voluntary Dismissal with Prejudice as to Trans Union LLC filed in this matter [Doc. No. 33].

Accordingly, pursuant to the Notice of Voluntary Dismissal of Trans Union LLC, IT IS HEREBY ORDERED that Plaintiffs' claims against Defendant Trans Union LLC are dismissed with prejudice.

BY THE COURT:

Dated: July 20, 2022

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge